THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL ENRIGHT, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 221 App. Div. 26.

(Submitted June 4, 1928; decided June 19, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1927, which affirmed a judgment of the Steuben County Court convicting the defendant of the crime of manslaughter in the first degree.

The motion was made upon the ground of failure to serve the printed record on appeal.

*Guy W. Cheney* for motion.

*Thomas F. Rogers* opposed.

Motion denied in accordance with stipulation.